**Carl A. VAUGHAN, Petitioner–Appellant,**

v.

**Gail LEWIS, Warden, Respondent–Appellee.**

**No. 03–17128.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2004.\*

Decided Aug. 20, 2004.

Caro Marks, Esq., Federal Public Defender's Office, Sacramento, CA, for Petitioner–Appellant.

Susan Orton, Office of the California Attorney General, Department of Justice, Sacramento, CA, for Respondent–Appellee.

Before: PREGERSON and KOZINSKI, Circuit Judges, and RHOADES,\*\* District Judge.

MEMORANDUM \*\*\*

From the facts presented, a rational factfinder could easily have inferred that Vaughan entered the residence with intent to steal. Sufficient evidence therefore

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* The Honorable John S. Rhoades, Senior Judge, United States District Court for the Southern District of California, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

supported Vaughan's conviction of burglary beyond a reasonable doubt. *See Davis v. Woodford,* 333 F.3d 982, 992 (9th Cir. 2003). Vaughan's due process rights were not violated.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.